# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Melissa Jo MORRON,<br><br>Defendant. | Case No.: '21 MJ0059<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about January 8, 2021, within the Southern District of California, Melissa Jo MORRON, did knowingly and intentionally import 500 grams and more, to wit: approximately 28.56 kilograms (62.96 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Carlo E. Nazareno, Task Force Officer
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th day of January 2021.

HON. ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT
## AMENDED

I, Special Agent Eric Ponce, declare under penalty of perjury, the following is true and correct:

On January 8, 2021, at approximately 6:42 PM, Melissa Jo MORRON, ("MORRON"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #23. MORRON was the driver and sole occupant of a 2002 Dodge Caravan ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the front passenger door of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from MORRON. MORRON stated she was crossing the border to go to Rialto, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the front driver side door, front passenger side door, and back passenger quarter panel of the vehicle.

Further inspection of the vehicle resulted in the discovery of 35 packages concealed in the front driver side door, front passenger side door, and back passenger

quarter panel of the vehicle, with a total approximate weight of 16.68 kgs (36.77 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

MORRON was placed under arrest at approximately 9:30 PM.

During a post-Miranda interview, MORRON admitted that she was going to be paid an unknown amount of money to smuggle the narcotics into the United States. MORRON claimed to be driving the narcotics to San Diego, California.

MORRON was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance. MORRON is scheduled to be booked into the Western Regional Detention Facility (GEO).

On January 9, 2021, the CBP seizing officer found a compartment in the firewall of the vehicle containing an additional 25 packages of Methamphetamine, with a total approximate weight of 11.88 kgs (26.19 lbs). In total, 60 packages of methamphetamine were found in the vehicle with a total weight of 28.56 kgs (62.96 lbs).

Executed on January 9, 2021, at 4:19 P.M.

Eric Ponce, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 03 pages, I find probable cause to believe the defendant, Melissa Jo MORRON, named in this probable cause statement, committed the offense on January 8, 2021, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

_____  
Hon. Allison H. Goddard  
United States Magistrate Judge

**Jan 9, 2021**  
Date/Time